**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Judge John L. Kane

Civil Action No. **11-cv-00328-JLK**

**MARK DOLFIN,** an individual

    Plaintiff,

        v.

**UNITED COLLECTION BUREAU, INC.**, an Ohio corporation,

    Defendant.

**ORDER DENYING MOTION TO DISMISS (Doc. 12)**

Kane, J.

This matter is before me on Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) (Doc. 12), in which Defendant argues this Fair Debt Collection Practices Act case has been rendered moot by the expiration of an offer of judgment under Fed. R. Civ. P. 68 specifically including "attorney[] fees up to the date of the offer." Mot. (Doc. 12) at 6. As Defendant acknowledges, this precise question was pending before Senior District Judge Richard P. Matsch at the time of filing, and Judge Matsch has since rejected Defendant's position. *See* 8/30/11 Order (Doc. 33 in Halliburton v. United Collection Bureau, Civil Action No. 11-cv-74-RPM-MJW). Having reviewed that Order and the Recommendation of Magistrate Judge Watanabe it adopted, together with the briefing on Defendant's Motion in the instant case, I agree with Judge Matsch and DENY the Motion to Dismiss (Doc. 12). The expiration of the offer of judgment at issue did not render the

1

instant case moot.

In accordance with the parties' Stipulation dated 9/22/11 (Doc. 18), written discovery responses remain due October 17 (for Defendant) and October 18 (Plaintiff), respectively.

Dated this 7th day of October, 2011.     **s/John L. Kane**
                                          SENIOR U.S. DISTRICT JUDGE