IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00328-JLK-MEH

MARK DOLFIN,

      Plaintiff,

v.

UNITED COLLECTION BUREAU, INC., an Ohio corporation,

      Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

THE COURT having reviewed the Stipulation of Dismissal with

Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the

premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice,

with each party to pay his or its own attorney's fees and costs.


BY THE COURT:


October 21, 2011      *s/John L. Kane*
    DATE              U.S. DISTRICT JUDGE